**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SM Medical Holdings Corporation, as assignee of NR Pennsylvania Associates, LLC aka Retreat at Lancaster County, Retreat Behavioral Health, and NR Florida Associates, LLC aka Retreat at Palm Beach County, Retreat Behavioral Health, | Civil Action No. 3:26-cv-02296 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Blue Cross Blue Shield of Georgia; Blue Cross Blue Shield of Kansas; Health Smart Benefit Solutions; Highmark Inc.; Humana, Inc.; Keystone First; Magellan Health; Molina Healthcare, Inc.; Nippon Life Benefits; Optum, Inc., Oxford Health Plans; Premera Blue Cross; Regence Health Plans; Simply Healthcare; Sunshine Health; Surest Health Plan; Total Plan Concepts; Tufts Health Plan; United Medical Resource (UMR); United Behavioral Health; United Healthcare Services Inc., and UPMC, | |
| Defendants. | |

      **PLEASE TAKE NOTICE** that Hannah Segota, Esq. of Reed Smith LLP shall appear as co-counsel of record for Defendant Highmark, Inc. in the above-captioned action. '

      Please serve a copy of all notices and other papers in this action upon the undersigned counsel at the address stated below:

Dated: June 4, 2026

**REED SMITH LLP**

*/s/ Hannah Segota*
Hannah Segota, Esq. (485602024)
David G. Murphy, Esq. (069822013)
506 Carnegie Center – Suite 300
Princeton, New Jersey 08540

- 2 -

T: 609 987-0050
F: 609 951-0824
hsegota@reedsmith.com
dmurphy@reedsmith.com

*Attorneys for Defendant Highmark, Inc.*