**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SM MEDICAL HOLDINGS CORPORATION,<br><br>      **Plaintiff,**<br><br>  v.<br><br>BLUE CROSS BLUE SHIELD OF GEORGIA, *et al.*,<br><br>      **Defendants.** | **Civil Action No. 26-2296 (GC) (TJB)**<br><br>**ORDER GRANTING**<br>***PRO HAC VICE* ADMISSION** |

**THIS MATTER** having been brought before the Court by Defendants Premera Blue Cross and Blue Cross and Blue Shield of Kansas ("Defendants") for entry of an Order admitting Chad Hansen, Esq. and Gwendolyn Payton, Esq. as counsel *pro hac vice* for Defendants pursuant to Local Civil Rule 101.1(c); and the Court having considered all papers submitted in support of the application which reflect that applying counsel has satisfied the requirements set forth in Local Civil Rule 101.1(c)(1); and for good cause shown,

**IT IS** on this  5th  day of    June   2026, hereby

**ORDERED** that Chad Hansen and Gwendolyn Payton are hereby granted admission *pro hac vice* to participate on behalf of Defendants before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with this action; and it is further

**ORDERED** that Chad Hansen and Gwendolyn Payton shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

- 2 -

**ORDERED** that Chad Hansen and Gwendolyn Payton shall each make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which counsel continues to represent Defendants in this matter; and it is further

**ORDERED** that Chad Hansen and Gwendolyn Payton shall each make payment of $250.00 to the Clerk, United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all pleadings, briefs, and any other papers filed with this Court in this matter be signed by an attorney of record authorized to practice in this Court; and it is further

**ORDERED** that Chad Hansen and Gwendolyn Payton may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter; and it is further

**ORDERED** that the Clerk of the Court terminate Docket Entry Nos. 43, 44.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.