UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SM MEDICAL HOLDINGS CORPORATION, )
AS ASSIGNEE FOR THE BENEFIT OF )
CREDITORS OF NR PENNSYLVANIA )
ASSOCIATES, LLC aka RETREAT AT )   Case No. 3:26-cv-02296-GC-TJB
LANCASTER COUNTY, RETREAT )
BEHAVIOR HEALTH, and NR FLORIDA )   **ORDER GRANTING *PRO HAC VICE***
ASSOCIATES, LLC aka RETREAT AT PALM )   **ADMISSION**
BEACH COUNTY, RETREAT )
BEHAVIORAL, )
) *Document Filed Electronically*
)
Plaintiffs, )
)
v. )
)
BLUE CROSS BLUE SHIELD OF GEORGIA, )
et al, )
)
Defendants. )

This matter having come before the Court on the application of Kathryn C. Nelson ("Movant"), attorney for Defendant Magellan Health, Inc. (improperly sued herein as "Magellan Health), for the *pro hac vice* admission of Elizabeth "Soni" Wroblewski ("Counsel") pursuant to Local Civil Rule 101.1(c); and the Court having considered the certification submitted in support of the application, which reflects that counsel satisfies the requirement set forth in Local Civil Rule 101.1(c); and the Court having been advised that Plaintiff consents to the application; and for good cause shown,

**IT IS** on this 5th day of June, 2026,

**ORDERED** that the application for the *pro hac vice* admission of counsel is granted,

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that the movant shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that counsel shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 for each year in which counsel continues to represent Defendant Magellan Health, Inc. in this matter;

**IT IS FURTHER ORDERED** that counsel shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order;

**IT IS FURTHER ORDERED** that counsel shall be bound by the Rules of the United States District Court of New Jersey, including, but not limited to, the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and

**IT IS FURTHER ORDERED** that counsel shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge

[Docket Entry No. 73 is terminated.]

2