**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SM Medical Holdings Corporation, as assignee of NR Pennsylvania Associates, LLC aka Retreat at Lancaster County, Retreat Behavioral Health, and NR Florida Associates, LLC aka Retreat at Palm Beach County, Retreat Behavioral Health,<br><br>        Plaintiff,<br><br>    v.<br><br>Blue Cross Blue Shield of Georgia; Blue Cross Blue Shield of Kansas; Health Smart Benefit Solutions; Highmark Inc.; Humana, Inc.; Keystone First; Magellan Health; Molina Healthcare, Inc.; Nippon Life Benefits; Optum, Inc., Oxford Health Plans; Premera Blue Cross; Regence Health Plans; Simply Healthcare; Sunshine Health; Surest Health Plan; Total Plan Concepts; Tufts Health Plan; United Medical Resource (UMR); United Behavioral Health; United Healthcare Services Inc., and UPMC,<br><br>        Defendants. | Civil Action No. 3:26-cv-02296<br><br><br>**CONSENT ORDER ADMITTING ALESSANDRA P. ALLEGRETTO, ESQ.,** *PRO HAC VICE* |

**THIS MATTER** having been presented to the Court by David G. Murphy, Esq. of the law firm of Reed Smith LLP, on behalf of Defendant Highmark, Inc., for an Order to permit Alessandra P. Allegretto, Esq. to appear and participate *pro hac vice*; and counsel for Plaintiffs and Co-Defendants having consented to the *pro hac vice* admission of Alessandra P. Allegretto, Esq.; and the Court having considered the supporting papers; and for good cause shown;

    **IT IS on this** 10th **day of** June **, 2026, ORDERED**

1.      Alessandra P. Allegretto, Esq. shall be and hereby is permitted to appear *pro hac vice* in the above-captioned matter for all purposes, provided however, that all pleadings, briefs and other papers filed with the Court shall be signed by David G. Murphy, Esq. or another member in good standing of the Bar of the Supreme Court of New Jersey and this Court, who shall be held responsible for said papers and for the conduct of the case, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and

2.      Alessandra P. Allegretto, Esq. shall immediately notify this Court of any disciplinary proceeding or other matter affecting their standing at the bar of any other court, and

3.      Alessandra P. Allegretto, Esq. shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a); and

4.      Alessandra P. Allegretto, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and

5.      Alessandra P. Allegretto, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, R. 1:21-7; and

6.      Alessandra P. Allegretto, Esq. shall remit a payment of $250.00, payable to the Clerk, United States District Court for the District of New Jersey, pursuant to L. Civ. R. 101.1(c)(3).

s/Tonianne J. Bongiovanni

- 2 -

- 3 -

The undersigned hereby consents to the form and entry of this Order.

REED SMITH LLP

*/s/ David G. Murphy*
David G. Murphy, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel. (609) 987-0050
Fax (609) 951-0824
dmurphy@reedsmith.com

*Attorney for Defendant*
*Highmark, Inc.*

*/s/ Marc Miceli*
MARC DOMINICK MICELI
S. MITNICK LAW PC
P.O. BOX 530
49 OLD TURNPIKE ROAD
OLDWICK, NJ 08858
908-572-7275
Email: mmiceli@sm-lawpc.com

*Attorney for Plaintiffs*

*/s/ Steven Mitnick*
STEVEN J. MITNICK
S. MITNICK LAW PC
P.O. BOX 530
49 OLD TURNPIKE ROAD
OLDWICK, NJ 08858
908-572-7275
Email: smitnick@sm-lawpc.com

*Attorney for Plaintiffs*

*/s/ Amanda Lyn Genovese*
AMANDA LYN GENOVESE
SEYFARTH SHAW LLP
620 EIGHTH AVENUE
NEW YORK, NY 10018
212-218-5621
Email: agenovese@seyfarth.com

- 3 -

*Attorney for Defendants Health Smart Benefit Solutions, Himana, Inc., Optum, Inc., Oxford Health Plans, Surest Health Plan, United Medical Resource, and United Healthcare Services, Inc.*

/s/ Dorothy Kowal
**DOROTHY A. KOWAL**
PRICE, MEESE, SHULMAN & D'ARMINIO, PC
50 TICE BOULEVARD
SUITE 380
WOODCLIFF LAKE, NJ 07677
201-391-3737
Email: dkowal@pricemeese.com

*Attorney for Defendant UPMC*

/s/ Kathryn Capizzi
**KATHRYN CAPIZZI NELSON**
MAYNARD NEXSEN
1131 4TH AVENUE SOUTH
SUITE 320
NASHVILLE, TN 37210
615-584-4925
Email:
kcapizzi@maynardnexsen.com

*Attorney for Defendant Magellan Health*

- 4 -