IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF NEW JERSEY

| | | |
|---|---|---|
| SM MEDICAL HOLDINGS CORPORATION, AS ASSIGNEE FOR THE BENEFIT OF CREITORS OF NR PENNSYLVANIA ASSOCIATES, LLC aka RETREAT AT LANCASTER COUNTY, RETREAT BEHAVIORAL HEALTH, and NR FLORIDA ASSOCIATES, LLC aka RETREAT AT PALM BEACH COUNTY, RETREAT BEHAVIORAL , | ) ) ) ) ) ) ) | |
| Plaintiff(s) | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT F.R.C.P.** |
| v. | ) | **41(a)(1)(A)(i) AS TO DEFENDANT** |
| BLUE CROSS BLUE SHIELD OF GEORGIA. et al | ) | **HIGHMARK INC.** |
| | ) | |
| | ) | |
| | ) | Case No.: 3:26-cv-02296-GC-TJB |
| , | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, and/or their counsel(s), hereby give notice that the above- captioned action is voluntarily dismissed as against defendant Highmark Inc. only, without prejudice and without fees or costs against either party.

Defendant Highmark Inc. has not filed an Answer or moved for summary judgment.

Date:  June 15, 2026

S. MITNICK LAW, PC.

*/s/Steven Mitnick_____*
STEVEN MITNICK ESQ.
Attorney for Plaintiff

**SO ORDERED**

_____

Date: