IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF NEW JERSEY

SM MEDICAL HOLDINGS CORPORATION, AS ASSIGNEE )
FOR THE BENEFIT OF CREITORS OF NR PENNSYLVANIA )
ASSOCIATES, LLC aka RETREAT AT LANCASTER COUNTY, )
RETREAT BEHAVIORAL HEALTH, and NR FLORIDA )
ASSOCIATES, LLC aka RETREAT AT PALM BEACH COUNTY, )
RETREAT BEHAVIORAL )
                       , )   **NOTICE OF VOLUNTARY**
             Plaintiff(s) )   **DISMISSAL PURSUANT F.R.C.P.**
      v. )   **41(a)(1)(A)(i) AS TO DEFENDANT**
BLUE CROSS BLUE SHIELD OF GEORGIA. et al )   **HEALTH SMART BENEFIT SOLUTIONS**
                           )
                           )
                           )   Case No.: 3:26-cv-02296-GC-TJB
                           )
             , )
            Defendant(s) )
                           )
                           )

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, and/or their counsel(s), hereby give notice that the above- captioned action is voluntarily dismissed as against defendant Health Smart Benefit Solutions only, without prejudice and without fees or costs against either party.

Defendant Health Smart Benefit Solutions has not filed an Answer or moved for summary judgment.

Date: June 15, 2026

                                         S. MITNICK LAW, PC.

                                         */s/Steven Mitnick*
                                         STEVEN MITNICK ESQ.
                                         Attorney for Plaintiff

**SO ORDERED**

*Georgette Castner*

GEORGETTE CASTNER, U.S.D.J.

Date: June 17, 2026