Amanda L. Genovese
Rachel Goldner (*pro hac vice forthcoming*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500

Attorneys for Defendants
OPTUM, INC., OXFORD HEALTH PLANS, LLC, and
UNITED BEHAVIORAL HEALTH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SM MEDICAL HOLDINGS CORPORATION, AS ASSIGNEE OF NR PENNSYLVANIA ASSOCIATES, LLC aka RETREAT AT LANCASTER COUNTY, RETREAT BEHAVIORAL HEALTH, and NR FLORIDA ASSOCIATES, LLC aka RETREAT AT PALM BEACH COUNTY, RETREAT BEHAVIORAL HEALTH, | Civil Action No.: 3:26-cv-02296-GC-TJB |
| Plaintiffs, | |
| v. | **6.1 CLERK'S EXTENSION FOR OPTUM, INC., OXFORD HEALTH PLANS, LLC, AND UNITED BEHAVIORAL HEALTH** |
| BLUE CROSS BLUE SHIELD OF GEORGIA; BLUE CROSS BLUE SHIELD OF KANSAS; HEALTH SMART BENEFIT SOLUTIONS; HIGHMARK INC.; HUMANA, INC.; KEYSTONE FIRST; MAGELLAN HEALTH; MOLINA HEALTHCARE, INC.; NIPPON LIFE BENEFITS; OPTUM, INC.; OXFORD HEALTH PLANS; PREMERA BLUE CROSS; REGENCE HEALTH PLANS; SIMPLY HEALTHCARE; SUNSHINE HEALTH; SUREST HEALTH PLAN; TOTAL PLAN CONCEPTS; TUFTS HEALTH PLAN; UNITED MEDICAL RESOURCE (UMR); UNITED BEHAVIORAL HEALTH; UNITED HEALTHCARE SERVICES INC., AND UPMC, | |
| Defendants. | |

Pursuant to Local Civil Rule 6.1(a) and (b), Defendants OPTUM, INC., OXFORD HEALTH PLANS, LLC, and UNITED BEHAVIORAL HEALTH (collectively, "Defendants"), hereby apply for a Clerk's Order extending the time within which they may answer, move or otherwise respond to the Amended Complaint.  In support of this application, Defendants, by and through Seyfarth Shaw LLP, represents:

1.      On June 17, 2026, Plaintiff filed an Amened Complaint against Defendants. (ECF No. 100.)

2.      Defendants calculate their response to the Amended Complaint as being currently due on July 1, 2026.

3.      Defendants are making this application before the expiration of the period to be extended through and including July 15, 2026.

4.      Defendants submit that no previous extension requested have been filed and obtained by Court order.

Dated: June 23, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:/s/ *Amanda L. Genovese*
    AMANDA L. GENOVESE

Attorneys for Defendants
OPTUM, INC., OXFORD HEALTH PLANS,
LLC, and UNITED BEHAVIORAL HEALTH

2

## **ORDER**

The above application is ORDERED and GRANTED.

     IT IS FURTHER ORDERED that the time within which OPTUM, INC., OXFORD HEALTH PLANS, LLC, and UNITED BEHAVIORAL HEALTH must answer, plead, or otherwise respond to the Amended Complaint is extended to and including July 15, 2026.

                        By:
                        ( ) Clerk
                        ( ) Deputy Clerk

Dated: _____ , 2026

3